# UNPUBLISHED

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-1523**

DERRICK MICHAEL ALLEN, SR.,

       Plaintiff - Appellant,

    v.

DURHAM POLICE DEPARTMENT; OFFICER J. DODDS, Uniform Patrol Officer; DURHAM COUNTY SHERIFF DEPARTMENT; DURHAM COUNTY MAGISTRATE OFFICE; MAYOR SCHEWL, The Mayor of Durham; R. H. LAWS, Magistrate; HR MANAGER OF THE CITY HALL; NORTH CAROLINA INTELLIGENCE SYSTEM, Corporation; DURHAM COUNTY DISTRICT COURT; DURHAM COUNTY,

       Defendants - Appellees,

**No. 21-1525**

DERRICK MICHAEL ALLEN, SR.,

       Plaintiff - Appellant,

    v.

STATE OF NORTH CAROLINA; DURHAM COUNTY; DURHAM POLICE DEPARTMENT; OFFICER J. DODDS; DURHAM COUNTY MAGISTRATE OFFICE; MAGISTRATE J. C. DONOVAN; DURHAM COUNTY DETENTION CENTER,

       Defendants - Appellees.

Appeals from the United States District Court for the Middle District of North Carolina, at Greensboro. Thomas D. Schroeder, Chief District Judge. (1:20-cv-00846-TDS-LPA; 1:20-cv-00867-TDS-LPA)

Submitted: September 9, 2021                     Decided: September 13, 2021

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Derrick Michael Allen, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrick Michael Allen, Sr., appeals the district court's orders accepting the recommendations of the magistrate judge and dismissing Allen's 42 U.S.C. § 1983 complaints. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Allen v. Durham Police Dep't*, No. 1:20-cv-00846-TDS-LPA (M.D.N.C. Apr. 26, 2021); *Allen v. North Carolina*, No. 1:20-cv-00867-TDS-LPA (M.D.N.C. Apr. 26, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*